B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
### District of Connecticut

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Speer, Sheri | |

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 151 Talman Street<br>Norwich, CT  06360 | |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | |
|---|---|
| New London County                    ZIP CODE 06360 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

✓ Chapter 7     ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
✓ Debts are primarily business debts

**Type of Debtor** (Form of Organization)

✓ Individual (Includes Joint Debtor)
☐ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
✓ Other  Residential Landlord

**VENUE**

✓ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)

✓ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS** (Check applicable boxes)

COURT USE ONLY

1. ✓ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ✓ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ✓ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
      or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor Speer, Sheri

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____ Attorney-in-Fact
Signature of Petitioner or Representative (State title)
Dr. Michael Teiger
Name of Petitioner
Date Signed May 20, 2014

Name & Mailing Address of Individual Signing in Representative Capacity
c/o Conn & Conn Co.
740 North Main Street
West Hartford, CT 06117

x _____  5/20/14
Signature of Attorney    Date
Law Offices of Patrick W. Boatman, LLC
Name of Attorney Firm (If any)
111 Founders Plaza, Ste 1000, E. Hartford, CT 06108
Address
(860) 291-9061
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Name of Petitioner          Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Name of Petitioner          Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Dr. Michael Teiger | Unsecured | 30,000.00 |
| SLS Hearing, LLC | Unsecured | 5,137.22 |
| Clipper Realty Trust | Unsecured | 3,050.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: 38,187.22

_0_ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor  Speer, Sheri

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____ Trustee
Signature of Petitioner or Representative (State title)
Name of Petitioner: Clipper Realty Trust
Date Signed: 5/19/14

Name & Mailing Address of Individual Signing in Representative Capacity:
Elizabeth Alina, Trustee
100 Plaza Court PO Box 912
Groton, CT 06340

x _____ 5/20/14
Signature of Attorney  Date
Law Offices of Patrick W. Boatman, LLC
Name of Attorney Firm (If any)
111 Founders Plaza, Ste 1000, E. Hartford, CT 06108
Address
(860) 291-9061
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Name of Petitioner  Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney  Date
Name of Attorney Firm (If any)
Address
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Name of Petitioner  Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney  Date
Name of Attorney Firm (If any)
Address
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Dr. Michael Teiger | Unsecured | 30,000.00 |
| SLS Heating, LLC | Unsecured | 5,137.22 |
| Clipper Realty Trust | Unsecured | 3,050.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 38,187.22 |

_1_ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor __Speer, Sheri__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
|---|---|
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| x _/s/_ Signature of Petitioner or Representative (State title)  **SLS Heating, LLC**  5-20-14 | x _/s/ W. Boatman_  5/20/14  Signature of Attorney    Date  **Law Offices of Patrick W. Boatman, LLC** |
|---|---|
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any)  111 Founders Plaza, Ste 1000, E. Hartford, CT 06108 |
| Name & Mailing Address of Individual Signing in Representative Capacity  **Ward Kneeland**  ~~52 Prest Street~~  **New London, CT 06320** | Address  **(860) 291-9061**  Telephone No. |

| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
|---|---|
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Dr. Michael Teiger | Unsecured | 30,000.00 |
| SLS Hearing, LLC | Unsecured | 5,137.22 |
| Clipper Realty Trust | Unsecured | 3,050.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 38,187.22 |

__0__ continuation sheets attached